## Cecil COCHRAN, Appellant, v. J. W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

### No. 8978.

Circuit Court of Appeals, Fifth Circuit.

Feb. 2, 1939.

Cecil Cochran, in pro. per.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tisinger and J. Ellis Mundy, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before FOSTER, HUTCHESON, and McCORD, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment dismissing a writ of habeas corpus and remanding appellant to the custody of the warden of the Federal penitentiary at Atlanta, Georgia. The record presents no reversible error.

Affirmed.

## CHESTER N. WEAVER CO. v. COMMISSIONER OF INTERNAL REVENUE.

## Elsie S. WEAVER v. COMMISSIONER OF INTERNAL REVENUE.

### Nos. 8573, 8574.

Circuit Court of Appeals, Ninth Circuit.

Jan. 16, 1939.

Adolphus E. Graupner and Arthur E. Cooley, both of San Francisco, Cal., for petitioners.

James W. Morris, Asst. Atty. Gen., for respondent.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

These causes coming on regularly for entry of judgments upon the stipulation of counsel for the respective parties that these causes shall abide the final judgment entered in companion cause, Chester N. Weaver Co. v. Commissioner of Internal Revenue, 100 F.2d 1010, in which judgment has this day been entered, it is ordered that a judgment of affirmance of the decision of the Board of Tax Appeals in each cause be forthwith filed and entered, and that the mandates of this court herein issue forthwith.

## CITY OF OCEAN CITY, N. J., Appellant, v. FEDERAL RESERVE BANK OF PHILADELPHIA, Appellee.*

### No. 6827.

Circuit Court of Appeals, Third Circuit.

Dec. 14, 1938.

George Wharton Pepper, of Philadelphia, Pa. (Bourgeois & Coulomb, of Atlantic City, N. J., and Pepper, Bodine, Stokes & Schoch, of Philadelphia, Pa., of counsel), for appellant.

Yale L. Scheckter, MacCoy, Brittain, Evans & Lewis, all of Philadelphia, Pa., and Cole & Cole, of Atlantic City, N. J., for appellee.

Before BIGGS, MARIS, and BUFFINGTON, Circuit Judges.

PER CURIAM.

This litigation has been before this court on two former occasions. All the questions now sought to be raised were involved in the former appeals. The law of the case was settled on the first appeal, 3 Cir., 84 F.2d 657, and reaffirmed on the second, 3 Cir., 91 F.2d 635. The litigation must now terminate.

Affirmed.

*Writ of certiorari denied 59 S.Ct. 588, 83 L.Ed. ——.